IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA

PRISONER COMPLAINT
[FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

Steven D. King
Name under which you were convicted

0062411
Your prison number

vs. City of mobile, m.P.D
Name of Defendant(s)

CIVIL ACTION NO. 15-CV-610-CG-N
(To be supplied by Clerk of Court)

mobile meTRo Jail, P.o Box 104 mobile AL 36601
Place of Confinement and Address

INSTRUCTIONS - READ CAREFULLY

A. <u>Complaint Form</u>. You must file your original complaint and a copy for each named Defendant. Your complaint must be <u>clearly</u> handwritten or typewritten. Do not use the back of a page. Your complaint must be signed by you; no notary is required. <u>Any false statement of material fact may serve as the basis for prosecution for perjury</u>.

B. <u>Proper Court</u>. Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district. The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C. <u>Separate Case</u>. It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

D. <u>Defendants</u>. The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action. A defendant's present address must be provided. The Court is unable to serve process without the present address being furnished. The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed without prepayment of fees and costs, if applicable, and any other

Rev. 4/10/06

## I. PREVIOUS LAWSUITS.

A. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action:
   Yes ( )   No (✓)

B. Have you filed other lawsuits in state or federal court relating to your imprisonment:
   Yes ( )   No (✓)

C. If your answer to questions A or B above is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

   1. Parties to this previous lawsuit:

   Plaintiffs: _____

   _____

   Defendants: _____

   _____

   2. Court (if federal court, name the district; if state court, name the county): _____

   _____

   3. Docket Number: _____

   4. Were you granted the opportunity to proceed without payment of filing fees?
   Yes ( )   No ( )

   5. Name of judge to whom the case was assigned: _____

   6. If your case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.

   _____

   _____

   _____

   7. Approximate date of filing lawsuit: _____

3

8. Approximate date of ruling by court: _____

## II. YOUR PRESENT COMPLAINT.

A. Place or institution where action complained of occurred: In M.P.D Headquarters Whistler, AL At House main St

B. Date it occurred: MAY 19, 2015

C. Is there a prisoner grievance procedure in this institution? _____

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes ( )    No (✓)

E. If your answer is YES:

   1. What steps did you take? _____

   2. What was the result? _____

F. If your answer is NO, explain why not: Filed complaint M.P.D Internal Affairs

G. Your claim (briefly explain your claim: what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary):

On 5-19, 2015, In Whistler AL At a House on main Street I was with my X-girlfriend, when mobile Police officers came into the house, In Told me to Lay Face down on the Floor, I did As I was Told, I was handcuffed behind my back, while I was still face down on the Floor, The officers started kicking In beating me, In Threatening To kill me, The officers was Pushing guns Into my head In Face, In Telling me If my head came up or I moved Thay would kill me, I was Then Taken outside, To the edge of A cliff that the House sits on, The cliff Is

4

# G. Complaint

Into my Head In told me not to move, I Asked For medical Attention Repeatly, I was Put Into A police car, I Asked In beged the officer In the police For medical Attention In water, I was Taken to Mobile Police Headquarters. The Abuse continued by the detectives. I Asked For medical Attention In water. one of the detectives bent my Arm up behind my back, I was In Fear For my Life. The detectives started coerce me to say what they wanted me to say. My Head In body was In server pain, I only wanted the Abuse to stop In get away From them In get medical Attention. I was then given A battle of water, I now had to take pain medications In mental Health medications. Due To the undue Injury's I suffered In continue To suffer From, From the defendants Abuse. The defendants Charged Plaintiff for crimes He did not do. There was Alot of officers there that night who witnessed the Abuse, or played Apart In the Abuse. The defendants was making sure that the Plaintiff couldn't see everyone, By continually puting guns To Plaintiff Head In keeping Plaintiff Face down on the street In threatening To Kill Plaintiff.

veRy High, I was Then Kicked off the cliff Into A pavement street, The officers came, In pushed guns

### III. PARTIES.

A. Plaintiff (Your name/AIS): Steven D. King 0062411

Your present address: P.O Box 104 mobile, AL 36601

B. Defendant(s):

1. Defendant (full name) City of mobile, Mobile Police Department is employed as _____ at _____.

His/her present address is 2460 Government Blvd mobile AL 36606

(a) Claim against this defendant: employer of defendants Defendants was working for employer At time of Incident

(b) Supporting facts (Include date/location of incident):

on 5-19, 2015 At house In whistler AL, defendants was working for defendants when defendants Abused In Denied medical Attention To Plaintiff, In Falsely charged Plaintiff

2. Defendant (full name) Adam Austin is employed as Detective 1 at Mobile Police Department.

His/her present address is 2460 Government Blvd mobile, AL 36606

(a) Claim against this defendant: Abuse, denied medical Attention In Forced Coerced Plaintiff to make False statements.

(b) Supporting facts (Include date/location of incident):

on 5-19-2015 At M.P.D defendant Hurt Plaintiff Arm denied medical Attention In water Coerced Plaintiff To make False statments, In Falsely Charged Plaintiff,

3. Defendant (full name) To Identify is employed as Detective 2 at Mobile Police Department.

III.

B. <u>Defendants</u>

4. Defendant <u>To Identify</u> is employed as <u>Police</u> at City of mobile Police address is 2460 Government Blvd mobile AL 36606 <u>Claim</u> Abuse in denied medical attention. <u>Facts</u> on may 19, 2015 defendant came to a House in whistler AL on main street defendant ordered Plaintiff To Lay Face down on the Floor. Plaintiff did as defendant told him. Plaintiff was handcuffed behind his back. Defendant along with other defendants, started kicking in beating in threatening Plaintiff Life. Defendants was Pushing guns down into Plaintiff head in face. In telling The Plaintiff They defendants was going to Kill Plaintiff If he moved are held his head up from the floor. Plaintiff x-girlfriend was in the house when defendants started kicking in beating Plaintiff. Plaintiff was taken outside. The House sits on a very High cliff defendant along with other defendants, Took Plaintiff to edge of the cliff defendants kicked Plaintiff off the cliff down into a pavement street Plaintiff was still in handcuffs behind Plaintiff Back. Plaintiff suffered Head back in neck injury's. Plaintiff asked repeatly for medical attention. Defendant did not give Plaintiff medical attention.

5. Defendant <u>To Identify</u> employed as <u>Police</u> Address 2460 Government Blvd mobile AL 36606 <u>Claim</u> Abuse in denied medical attention <u>Facts</u> on may 19, 2015 in whistler AL on main street in a House, defendant beat in threaten Plaintiff Life in denied medical attention to Plaintiff.

III.

B. Defendants

6. Defendant To Identify employed as Police Address 2460 Government Bld mobile AL 36606 Claim Abuse In denied medical Attention Facts on May 19, 2015 In whistler AL on main street, Beat In Threaten Plaintiff Life In Along with other defendants Brought Plaintiff to edge of cliff where Plaintiff was kicked off cliff. In defendant denied Plaintiff medical Attention.

7. Defendant To Identify employed as Police Address 2460 Government Bld mobile AL 36606 Claim Abuse In denied medical Attention. Facts on May 19, 2015 In whistler AL on main street. Defendant Along with other defendants Brought Plaintiff to edge of cliff where Plaintiff was kicked off cliff. Defendant denied Plaintiff medical Attention.

8. Defendant To Identify employed as Police Address 2460 Government Bld mobile AL 36606 Claim Abuse In denied medical Attention Facts on May 19, 2015 In whistler AL on main street Plaintiff was put into a police car. Plaintiff asked In begged Defendant for medical Attention In water Defendant denied medical Attention In water. Defendant Took Plaintiff To Police Headquarters.

His/her present address is **2460 Government Blvd mobile AL 36606**

(a) Claim against this defendant: **Abuse, denied medical attention, Force coerced Plaintiff To make False statements**

(b) Supporting facts (Include date/location of incident):

**on 5-19-2015 AT. M.P.D defendant Along with other defendant Denied medical attention In water In Force coerced Plaintiff to make False statments In Falsely Charged Plaintiff**

C. <u>Additional Defendants</u>: (If there are additional defendants, you may list them on separate pages using the same outline above).

IV. A. You must answer the following questions:

1. State the conviction(s) for which you are presently incarcerated: **Falsely Accused By defendants not convicted**

2. When were you convicted? _____

3. What is the term of your sentence? _____

4. When did you start serving this sentence? _____

5. Do you have any other convictions which form the basis of a future sentence?
   Yes (✓)   No ( )

If so, complete the following:

(a) Date of conviction: **1989**

(b) Term of sentence: **28 years**

6. What is your expected end of sentence (E.O.S.) date? **2017**

B. If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

|  | Conviction | Sentence |
|---|---|---|
| Reversed | yes( ) no( ) | yes( ) no( ) |
| Expunged | yes( ) no( ) | yes( ) no( ) |

6

Invalidated     yes( ) no( )        yes( ) no( )
Writ of habeas  yes( ) no( )        yes( ) no( )
 corpus granted

C. If you answered yes to any of the questions, state the Court or entity that relieved you from your conviction or sentence and the date: _____

_____

V. State <u>briefly</u> exactly what you want the Court to do for you if you win (make no legal argument, cite no cases or statutes):

<u>Officers Fired, monetery damages, attorney Fees - lost wages - pain In Suffering, mental In physical state, deffermation of Charecter</u> emotional stress  (9) million

VI. **AFFIRMATION.** By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct.

<u>10-27-2015</u>
Date

<u>Steven D. King</u>
(Signature of Plaintiff Under Penalty of Perjury)

<u>P.O Box 104</u>
Current Mailing Address

<u>Mobile AL 36601</u>

_____
Telephone Number

PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN HIS ADDRESS, E.G., RELEASED, TRANSFERRED, MOVED, ETC. FAILURE TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.

Steven D. King 00624111
P.O Box 104
Mobile, AL 36601



INMATE IN MOBILE CO. JAIL

United States District Court
Charles R. Diard, JR.
U.S. District Clerk
113 St. Joseph Street
Mobile, AL, 36602