# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA

## PRISONER COMPLAINT
## [FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

__Steven D. King__
Name under which you were convicted

__#0062411__
Your prison number

vs.

__Adam Austin et al__
Name of Defendant(s)

__Amended Complaint__

CIVIL ACTION NO. __1:15-CV-00610-CG-__
(To be supplied by Clerk of Court)

__Metro Jail P.O Box 104 mobile AL 36601__
Place of Confinement and Address

## INSTRUCTIONS - READ CAREFULLY

A. <u>Complaint Form</u>. You must file your original complaint and a copy for each named Defendant. Your complaint must be <u>clearly</u> handwritten or typewritten. Do not use the back of a page. Your complaint must be signed by you; no notary is required. <u>Any false statement of material fact may serve as the basis for prosecution for perjury</u>.

B. <u>Proper Court</u>. Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district. The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C. <u>Separate Case</u>. It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

D. <u>Defendants</u>. The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action. A defendant's present address must be provided. The Court is unable to serve process without the present address being furnished. The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed without prepayment of fees and costs, if applicable, and any other

Rev. 4/10/06

8. Approximate date of ruling by court: _____~~X~~_____

## II. YOUR PRESENT COMPLAINT.

A. Place or institution where action complained of occurred: __whistler AL__

B. Date it occurred: __MAY 19-2015__ ~~X~~

C. Is there a prisoner grievance procedure in this institution? __~~X~~__

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes ( )   No ( )

E. If your answer is YES:

   1. What steps did you take? _____

   2. What was the result? _____

F. If your answer is NO, explain why not: __Filed complaint with Internal Affairs m.P.D__

G. Your claim (briefly explain your claim: what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary):

__On MAY 19-2015 the Listed defendants beat me and kicked me off A cliff, used coerceing And denied me medical Attention. At A house 3318 MAin street In whistler AL.__

4

### III. PARTIES.

A. <u>Plaintiff</u> (Your name/AIS): Steven D. King #00624 11

   Your present address: P.o Box 104 mobile AL 36601

B. <u>Defendant(s)</u>:

1. Defendant (full name) Adam Austin is employed as Cpl at M.P.D.

   His/her present address is 2460 Government Blvd mobile AL 36606

   (a) Claim against this defendant: Coercing And denied medical Attention

   (b) Supporting facts (Include date/location of incident):
   On May 19-2015 At M.P.D Adam Austin used Coercing In would not give the Plaintiff any medical Attention or water

2. Defendant (full name) Thornton is employed as Detective at mobile Police department

   His/her present address is 2460 Government Blvd mobile AL 36606

   (a) Claim against this defendant: Coercing And denied medical Attention In water

   (b) Supporting facts (Include date/location of incident):
   On May 19-2015 At M.P.D Detective Thornton used Coercing In would not give me any medical pills or water

3. Defendant (full name) Powell is employed as M.P.D Officer at mobile Police department

5

4. Defendant Cpl. Goff is employed as M.P.D Cpl at 2460 Government Blvd mobile AL 36606 Claim against this defendant, Beat me and was on the cliff when I was kicked off the cliff denied me medical attention all the abuse happen while I was in handcuffs behind my back.

5. Defendant Sergeant Screws is employed as M.P.D Sergeant at 2460 Government Blvd mobile AL 36606. Claim against this defendant, was on the cliff when I was beaten in kicked off the cliff and denied me medical attention.

6. Defendant Jeffrey Hilbum is employed as M.P.D Sergeant at 2460 Government Blvd mobile AL 36606 Claim against this defendant, Beat me in was on cliff when I was kicked off the cliff and denied me medical attention

His/her present address is 2460 Government Blvd mobile AL 36606

(a) Claim against this defendant: Beat me In denied me medical Attention

(b) Supporting facts (Include date/location of incident):

on may 19-2016 At a house on main St officer Powell Beat me In denied me medical attention. All the Abuse happen while I was In handcuffs behind my back.

C. **Additional Defendants**: (If there are additional defendants, you may list them on separate pages using the same outline above).

IV. A. You must answer the following questions:

1. State the conviction(s) for which you are presently incarcerated: _____.

2. When were you convicted? _____

3. What is the term of your sentence? _____

4. When did you start serving this sentence? _____

5. Do you have any other convictions which form the basis of a future sentence?
   Yes ( )   No ( )

If so, complete the following:

(a) Date of conviction: _____

(b) Term of sentence: _____

6. What is your expected end of sentence (E.O.S.) date? _____

B. If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

|  | Conviction | Sentence |
|---|---|---|
| Reversed | yes( ) no( ) | yes( ) no( ) |
| Expunged | yes( ) no( ) | yes( ) no( ) |

6

Invalidated      yes( ) no( )           yes( ) no( )
Writ of habeas   yes( ) no( )           yes( ) no( )
 corpus granted

C. If you answered yes to any of the questions, state the Court or entity that relieved you from your conviction or sentence and the date: _____
_____

V. State <u>briefly</u> exactly what you want the Court to do for you if you win (make no legal argument, cite no cases or statutes):

officers fired nominal damages 3 million compensitory damages 3 million punitive damages 3 million

VI. **AFFIRMATION.** By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct.

5-23-2016
Date

Steven D. King #0062411
(Signature of Plaintiff Under Penalty of Perjury)

P.O Box 104
Current Mailing Address

mobile AL 36601

_____
Telephone Number

<u>PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN HIS ADDRESS, E.G., RELEASED, TRANSFERRED, MOVED, ETC. FAILURE TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.</u>