IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STEVEN D. KING, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CIVIL ACTION 1:15-CV-00610 |
| | ) |
| CITY OF MOBILE, MOBILE POLICE DEPARTMENT, and ADAM AUSTIN, | ) |
| | ) |
| DEFENDANTS. | ) |

## JOINT STATEMENT REGARDING SETTLEMENT

COME NOW the parties and submit the following joint statement concerning settlement as required by the Court's scheduling order (Doc. 87):

The parties have engaged in settlement negotiations through counsel and are unable to settle this matter at this time. It is not believed that a settlement conference would be productive at this time.

Respectfully submitted this 29th day of March, 2019.

*/s/ Samuel Joshua Briskman* (with permission)
Samuel Joshua Briskman
Briskman & Binion, P.C.
205 Church Street
Mobile, Alabama 36602
jbriskman@briskman-binion.com

*/s/ L. Robert Shreve*
L. Robert Shreve
11 North Water Street
Suite 22200
Mobile, AL 36602
rshreve@burr.com