# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| STEVEN D. KING, | ) |
| PLAINTIFF, | ) |
| v. | ) CIVIL ACTION 1:15-CV-00610 |
| CITY OF MOBILE, MOBILE POLICE DEPARTMENT, and ADAM AUSTIN, | ) |
| DEFENDANTS. | ) |

## JOINT STATUS REPORT

COME NOW Plaintiff Steven D. King and Defendants Adam Austin, Joseph Goff, Jeffrey Hillburn, Louis Screws, and Jennings Powell, and jointly file this Status Report pursuant to the Court's Order of April 10, 2020 (Doc. 99), stating as follows:

1. Plaintiff has asserted a claim against Defendants for use of excessive force in the arrest of Plaintiff. *See* Doc. 28, Doc. 65 and Doc. 72. In connection with the incident that immediately preceded and resulted in the arrest of Plaintiff, Plaintiff was charged with felony first degree rape, felony first degree kidnapping, felony second degree kidnapping, felony first degree sodomy, and felony first degree robbery. This Court previously entered an Order, at the request of the parties, staying this action pending resolution of the criminal proceedings pending in state court (Doc. 98).

2. The criminal trial was commenced on November 12, 2019 in the Circuit Court of Mobile County, Alabama. *See State of Alabama v. Steven Demote King,* CC-2016-000674 (the "Criminal Action"). On November 19, 2019, a verdict was entered against King whereby the jury found King guilty of robbery in the first degree, rape in the first degree, kidnapping in the first degree and kidnapping in the second degree. (*See* Exhibit "A," Nov. 19, 2019 Order).

3. On January 27, 2020, King was sentenced to life in prison without parole. (Exhibit "B," Jan. 27, 2020 Order).

4. On January 27, 2020, King filed a Notice of Appeal from the conviction. (Ex. "C," Notice of Appeal). The appeal is pending before the Alabama Court of Criminal Appeals.

5. The parties respectfully request that the stay not be lifted until the pending appeal is resolved.[1]

Respectfully submitted,

*s/ S. Joshua Briskman*   (with permission)_____
S. JOSHUA BRISKMAN            (BRISS5912)
jbriskman@briskman-binion.com

*Attorney for Plaintiff Steven D. King*

OF COUNSEL:
BRISKMAN & BINION, P.C.
205 Church Street (36602)
Post Office Box 43
Mobile, AL 36601
*T*: 251.433.7600
*F*: 251.433.4485

---

[1] As noted in the parties initial Joint Motion to Stay (Doc. 97), the U.S. Supreme Court has cautioned against maintaining parallel civil and criminal proceedings, which contravenes "a strong judicial policy against the creation of two conflicting resolutions arising out of the same or identical transaction." *Heck*, 512 U.S. at 484 (internal citations omitted). To avoid this danger, a district court has "broad discretion to stay proceedings as an incident to its power to control its own docket." *Clinton v. Jones*, 520 U.S. 681, 706, 117 S. Ct. 1636, 137 L. Ed. 2d 945 (1997). Federal courts have stayed actions pending the resolution of criminal appeals in state courts. *See, e.g., Dotts v. Romano*, No. 17-431, 2020 U.S. Dist. LEXIS 40081, at *8 (D.N.J. Mar. 9, 2020) ("due to the overlapping issues in Plaintiffs' § 1983 claims and the state criminal appeals, a stay pending the resolution of those appeals will likely simplify the issues in this case and may resolve arguments presented in the Motion for Summary Judgment").

                                  *s/ L. Robert Shreve*
                                  L. ROBERT SHREVE      (SHREL3179)
                                  rshreve@burr.com

                                  *Attorneys for Defendants Adam Austin, Joseph Goff, Jeffrey Hillburn, Louis Screws, and Jennings Powell*

OF COUNSEL:

BURR & FORMAN LLP
Post Office Box 2287
Mobile, Alabama 36652
Telephone: (251) 344-5151
Facsimile: (251) 344-9696