# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| STEVEN D. KING, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CIVIL ACTION 1:15-CV-00610 |
| | ) |
| CITY OF MOBILE, MOBILE POLICE DEPARTMENT, and ADAM AUSTIN, | ) |
| | ) |
| DEFENDANTS. | ) |

## JOINT STATUS REPORT AND MOTION TO LIFT STAY

COME NOW Plaintiff Steven D. King and Defendants Adam Austin, Joseph Goff, Jeffrey Hillburn, Louis Screws, and Jennings Powell, and pursuant to this Court's Orders of June 2, 2020 (Doc. 101) and April 21, 2021 (Doc. 105), submit this Joint Status Report and Motion to Lift Stay, stating as follows:

1. This Court previously entered an Order, at the request of the parties, staying this action and suspending discovery deadlines in this action, pending the resolution of the criminal proceedings in state court (Doc. 98).

2. This Court's Order issued on June 2, 2020 granted the parties' request that the stay not be lifted until the King's appeal of his conviction in the criminal trial has been resolved (Doc. 101).

3. Counsel for Plaintiff King has spoken with Matthew W. Peterson, Esq., King's counsel in the criminal appeal before the Alabama Court of Criminal Appeals and associated petition for writ of certiorari before the Alabama Supreme Court. Mr. Peterson confirmed that King's appellate remedies in the criminal proceeding have been exhausted.

4. The parties now respectfully request that the stay be lifted.

5. There remains additional discovery to be completed upon entry of an order lifting the stay, and the parties also respectfully request entry of an Amended Scheduling Order granting the parties 120 days to complete discovery. Specifically, the parties jointly propose the following deadlines for inclusion in the Amended Scheduling Order:

   a. Plaintiff's expert disclosure: May 31, 2021;

   b. Defendant's expert disclosure: July 9, 2021;

   c. Plaintiff's Rebuttal expert disclosure: July 30, 2021;

   d. Completion of discovery: August 24, 2021;

   e. Conference regarding settlement: September 3, 2021;

   f. Dispositive motions: September 10, 2021; and

   g. Pretrial Conference: November 2021.

Respectfully submitted,

*s/ S. Joshua Briskman*   (with permission)
S. JOSHUA BRISKMAN            (BRISS5912)
jbriskman@briskman-binion.com

*Attorney for Plaintiff Steven D. King*

OF COUNSEL:
BRISKMAN & BINION, P.C.
205 Church Street (36602)
Post Office Box 43
Mobile, AL 36601
*T*: 251.433.7600
*F*: 251.433.4485

                                                        *s/ L. Robert Shreve*
                                                        L. ROBERT SHREVE        (SHREL3179)
                                                        rshreve@burr.com

                                                        *Attorneys for Defendants Adam Austin, Joseph Goff,*
                                                        *Jeffrey Hillburn, Louis Screws, and Jennings Powell*

OF COUNSEL:

BURR & FORMAN LLP
Post Office Box 2287
Mobile, Alabama  36652
Telephone:  (251) 344-5151
Facsimile:  (251) 344-9696